**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

Gabe W. Oates

     Plaintiff,

vs.

Scotch Plywood Co.

     Defendant(s)

Civil Action No. 19-CV-407-KD-N

FILED JUL 18 '19 PM 4:07 USDC-ALS

## COMPLAINT

1. Plaintiff resides at 108 Eastwood Dr.  Camden, AL 36726

2. Name(s) of defendant(s) Scotch Plywood Co.

3. Location of principal office(s) of the named defendant(s) (P.O. Box 97) Beatrice, AL 36425   (Monroe County)

4. Nature of business of defendant(s) Plywood Mill

5. Approximate number of individuals employed by defendant(s) 100

6. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) ✓ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below: _____

Rev. 8/2015

7.  Plaintiff is:

(A) _____ Presently employed by the defendant.

(B) _✓_ Not presently employed by the defendant.

The dates of employment were _May 1982 - October 11, 2018_

(1) _✓_ Plaintiff was discharged.

(2) _____ Plaintiff was laid off.

(3) _____ Plaintiff left the job voluntarily.

8.  Defendant(s) discriminated against me on account of my:

(A) _✓_ Race          _____ Sex

_____ Color           _____ National Origin

_____ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII

of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

(B) _✓_ Physical disability

_____ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act,

specifically, 42 U.S.C. § 12117.

(C) _✓_ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment

Act of 1967, specifically, 29 U.S.C. § 626.

9.  The name(s), race, sex, and the position or title of the individual(s) who allegedly

discriminated against me during the period of my employment with the defendant company is

(are) _Scotch Plywood Co._____

10. The alleged discrimination occurred on or about _October 11, 2018_____

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: I am a 59 yr. old black male. I was hired by the defendant in May 1982, as a Laborer. In 2011, I was promoted to Foreman. Sometime around July 2018, I informed Steve Anthony that I needed knee surgery. On October 11, 2018, I was terminated for an alleged co-worker complaint. I deny that allegation. I was terminated because of my race, age and because I was perceived as having a disability.

12. The alleged illegal activity took place at Scotch Plywood Co. in Beatrice, AL (Monroe Co.)

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 4/11/19

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 4/20/19

14. I seek the following relief:

(A) ✓ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 7/18/19

_____
Signature of Plaintiff

108 Eastwood Dr.
Camden, AL 36726
Address of Plaintiff

(334) 682-9122
Telephone Number of Plaintiff

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 425-2019-00610 |
|  |  | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Gabe Oates | (334) 349-0214 | 1959 |

| Street Address | City, State and ZIP Code |
|---|---|
| 108 Eastwood Drive, Camden, AL 36726 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No Employees, Members | Phone No (include Area Code) |
|---|---|---|
| SCOTCH PLYWOOD COMPANY | 201 - 500 | (251) 789-2112 |

| Street Address | City, State and ZIP Code |
|---|---|
| Post Office Box 97, Beatrice, AL 36425 | |

| Name | No Employees, Members | Phone No (include Area Code) |
|---|---|---|
| EEOC Mobile | | |

APR 1 7 2019

| Street Address | City, State and ZIP Code |
|---|---|
| | |

RECEIVED

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☒ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-11-2018   Latest: 10-11-2018

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 59-year-old Black male. I was hired by the Respondent in May 1982, as a Laborer. In 2011, I was promoted to Foreman. Sometime around July 2018, I informed Steven Anthony (White, Supervisor) that I needed to have knee surgery. On October 11, 2018, I was terminated for an alleged co-worker complaint. I deny that allegation. I was terminated because of my race, age, and because I was perceived as having a disability.

I have been discriminated against in violation of Title I of The Americans with Disabilities Act Amendments Act of 2008, in violation of The Age Discrimination in Employment Act of 1967, and in violation of Title VII of The Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4-11-19   _Gabe Oates_<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Gabe Oates<br>108 Eastwood Drive<br>Camden, AL 36726 | From: Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2019-00610 | KIMBERLY R. JOHNSON,<br>Investigator | (251) 690-2382 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Erika LaCour_                    04/19/2019

Erika LaCour,
Local Office Director

(Date Mailed)

Enclosures(s)

cc:  **Frankie Baugh**
**Human Resources Director**
**SCOTCH PLYWOOD COMPANY**
**119 West Main Street**
**Fulton, AL 36446**