# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| GABE W. OATES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION 2:19-00407-KD-N |
| | ) |
| SCOTCH PLYWOOD CO., | ) |
|     Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated February 6, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that Defendant's motion to dismiss is **DENIED** and the prior service of process is **QUASHED.**

It is **ORDERED** that Plaintiff shall properly serve the Defendant, Scotch Plywood Company, **within 30 days** of the date of this Order.

**DONE** and **ORDERED** this the **2nd** day of **March 2020.**

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**