# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| GABE W. OATES,<br>    Plaintiff,<br><br>v.<br><br>SCOTCH PLYWOOD CO.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTION: 2:19-00407-KD-N** |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated October 1, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 4(m) for failure to timely serve the defendant with process, and alternatively under Federal Rule of Civil Procedure 41(b), S.D. Ala. CivLR 41(c), and the Court's inherent power to manage its docket, for failure to diligently prosecute this action.

**DONE** and **ORDERED** this the **26th** day of **October 2020.**

                                         /s/ Kristi K. DuBose
                                         **KRISTI K. DuBOSE**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**