# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| GABE W. OATES,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| | ) | CIVIL ACTION: 2:19-00407-KD-N |
| SCOTCH PLYWOOD CO.,<br>    Defendant. | )<br>) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby, **ADJUDGED, ORDERED** and **DECREED** that this case is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the **26th** day of **October 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**